

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:14cr230 (AJT) |
| | ) | |
| v. | ) | Count One: |
| | ) | Conspiracy to Provide Material |
| MUNA OSMAN JAMA, | ) | Support to a Foreign Terrorist |
|    a/k/a Asha Ali Amin | ) | Organization |
|    a/k/a Umu Luqmaan, | ) | (18 U.S.C. § 2339B) |
|    a/k/a Taaibah | ) | |
| | ) | Counts Two through Twenty-One: |
| HINDA OSMAN DHIRANE, | ) | Providing Material Support to a |
|    a/k/a Nicmatu Rabbi | ) | Foreign Terrorist Organization |
| | ) | (18 U.S.C. §§ 2339B & 2) |
| FARDOWSA JAMA MOHAMED, | ) | |
|    a/k/a Umu Camaar | ) | |
| | ) | |
| FARHIA HASSAN, | ) | |
|    a/k/a Ummu Ibrahiim, and | ) | |
| | ) | |
| BARIRA HASSAN ABDULLAHI, | ) | |
|    a/k/a Barida, | ) | |
| | ) | |
| Defendants | | |

## INDICTMENT

June Term 2014 – At Alexandria

THE GRAND JURY CHARGES THAT:

At all times relevant to this indictment:

### GENERAL ALLEGATIONS

1.    Defendant Muna Osman Jama, a/k/a Asha Ali Amin, a/k/a Umu Luqmaan, a/k/a Taaibah was a resident of Annandale, Virginia, in the Eastern District of Virginia.

2. Defendant Hinda Osman Dhirane, a/k/a Nicmatu Rabbi, was a resident of Seattle, Washington.

3. Defendant Fardowsa Jama Mohamed, a/k/a Umu Camaar, was a resident of Nairobi, Kenya.

4. Defendant Farhia Hassan, a/k/a Ummu Ibrahiim, was a resident of the Netherlands.

5. Defendant Barira Hassan Abdullahi, a/k/a Barida, was a resident of Hargeisa and Erigavo, Somaliland.

6. The Harakat Shabaab al-Mujahidin – commonly known as al-Shabaaab – was a terrorist group conducting a violent insurgency in Somalia. In 2008, the U.S. government designated al-Shabaab as a foreign terrorist organization under section 219 of the Immigration and Nationality Act. In February 2012, the leaders of al-Shabaab and the terrorist group al-Qa'ida publicly announced the merger of the two groups.

## COUNT ONE

*Conspiracy to Provide Material Support to a Foreign Terrorist Organization*

(18 U.S.C. § 2339B)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations contained in paragraphs 1 through 6 of the General Allegations are incorporated here by reference.

From at least in or about February 2011 and continuing through the present, in the Eastern District of Virginia and elsewhere, the defendants,

> MUNA OSMAN JAMA,
> HINDA OSMAN DHIRANE,
> FARDOWSA JAMA MOHAMED,
> FARHIA HASSAN, and
> BARIRA HASSAN ABDULLAHI,

conspired with each other and with others known and unknown to the Grand Jury knowingly to provide material support and resources to a foreign terrorist organization, that is, al-Shabaab.

In furtherance of the conspiracy, and to accomplish its unlawful objects, the defendants and their co-conspirators committed the following overt acts on or about the dates below, by sending the amounts listed below, to and from the persons listed below:

| Date | From | To | Amount |
| --- | --- | --- | --- |
| February 8, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| March 11, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| April 14, 2011 | Ali B. Sheikh | Fardowsa Jama Mohamed | $100 |
| May 6, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| June 12, 2011 | Ali B. Sheikh | Fardowsa Jama Mohamed | $100 |
| August 5, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $200 |

| Date | From | To | Amount |
|---|---|---|---|
| August 30, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $1,500 |
| November 8, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $50 |
| December 10, 2011 | Ali B. Sheikh | Fardowsa Jama Mohamed | $50 |
| December 31, 2011 | Hinda Osman Dhirane | Barira Hassan Abdullahi | $400 |
| January 1, 2012 | Hinda Osman Dhirane | Barira Hassan Abdullahi | $150 |
| January 2, 2012 | Hinda Osman Dhirane | Barira Hassan Abdullahi | $100 |
| January 4, 2012 | Ali B. Sheikh | Fardowsa Jama Mohamed | $100 |
| January 17, 2012 | Rashid Jama Barhadle | Hinda Osman Dhirane | $200 |
| February 5, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $200 |
| March 8, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| March 25, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| March 27, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| May 10, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $150 |
| June 4, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $150 |
| June 4, 2012 | Muna Osman Jama | Osman Jama | $50 |
| June 12, 20121 | Hinda Osman Dhirane | Abdinur Mohmed Mahdi | $200 |
| July 9, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $150 |
| August 8, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $150 |
| August 8, 2012 | Muna Osman Jama | Osman Jama | $50 |
| January 23, 2013 | Hinda Osman Dhirane | Daahir Abdi | $100 |

(In violation of Title 18, United States Code, Section 2339B)

COUNTS TWO THROUGH TWENTY-ONE

*Providing Material Support to a Foreign Terrorist Organization*

(18 U.S.C. §§ 2339B & 2)

THE GRAND JURY FURTHER CHARGES THAT:

The allegations contained in paragraphs 1 through 6 of the General Allegations are incorporated here by reference.

On or about the dates below, in the Eastern District of Virginia, the defendants,

MUNA OSMAN JAMA,
HINDA OSMAN DHIRANE,
FARDOWSA JAMA MOHAMED,
FARHIA HASSAN, and
BARIRA HASSAN ABDULLAHI,

knowingly provided material support and resources to a foreign terrorist organization, that is, al-Shabaab, by sending the amounts listed below, to and from the persons listed below, each transaction constituting a separate count of this indictment:

| Count | Date | From | To | Amount |
|---|---|---|---|---|
| 2 | February 8, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| 3 | March 11, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| 4 | April 14, 2011 | Ali B. Sheikh | Fardowsa Jama Mohamed | $100 |
| 5 | May 6, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| 6 | June 12, 2011 | Ali B. Sheikh | Fardowsa Jama Mohamed | $100 |
| 7 | August 5, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $200 |
| 8 | August 30, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $1,500 |
| 9 | November 8, 2011 | Muna Osman Jama | Fardowsa Jama Mohamed | $50 |
| 10 | December 10, 2011 | Ali B. Sheikh | Fardowsa Jama Mohamed | $50 |

| | | | | |
|---|---|---|---|---|
| 11 | January 4, 2012 | Ali B. Sheikh | Fardowsa Jama Mohamed | $100 |
| 12 | February 5, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $200 |
| 13 | March 8, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| 14 | March 25, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| 15 | March 27, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $100 |
| 16 | May 10, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $150 |
| 17 | June 4, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $150 |
| 18 | June 4, 2012 | Muna Osman Jama | Osman Jama | $50 |
| 19 | July 9, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $150 |
| 20 | August 8, 2012 | Muna Osman Jama | Fardowsa Jama Mohamed | $150 |
| 21 | August 8, 2012 | Muna Osman Jama | Osman Jama | $50 |

(In violation of Title 18, United States Code, Sections 2339B and 2)

A TRUE BILL
Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
Foreperson

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
James P. Gillis
Assistant United States Attorney

_____
Danya E. Atiyeh
Trial Attorney
National Security Division
U.S. Department of Justice