# Criminal Case Cover Sheet

**U.S. District Court**

| | | |
|---|---|---|
| **FILED:** REDACTED | | |
| **Place of Offense:** | ☒ **Under Seal** | **Judge Assigned:** AJT |
| City: Annandale | Superseding Indictment: | **Criminal No.** 1:14CR230 |
| County: | Same Defendant: | New Defendant: X |
| | Magistrate Judge Case No. | Arraignment Date: |
| | Search Warrant Case No. | R. 20/R. 40 From: |

### Defendant Information:

- **Defendant Name:** Muna Osman Jama
- **Alias(es):** Umu Luqmaan, Taaibah
- ☐ Juvenile  FBI No.
- **Address:**
- **Employment:**
- **Birth Date:** 1980   **SSN:**   **Sex:** Female   **Race:**   **Nationality:**
- **Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:
- ☒ **Interpreter**  **Language/Dialect:** Somali   **Auto Description:**

### Location/Status:

- **Arrest Date:**   ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

### Defense Counsel Information:

- **Name:**   ☐ Court Appointed   **Counsel Conflicts:**
- **Address:**   ☐ Retained
- **Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

### U.S. Attorney Information:

- **AUSA(s):** James P. Gillis   **Phone:** 703-299-3700   **Bar No.**

### Complainant Agency - Address & Phone No. or Person & Title:

SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |
| Date: | | AUSA Signature: | | *may be continued on reverse* |

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☒ Under Seal

**Judge Assigned:** Trenga

City: Annandale

Superseding Indictment:

**Criminal No.** 1:14cr230

County:

Same Defendant:

**New Defendant:** X

Magistrate Judge Case No.

**Arraignment Date:**

Search Warrant Case No.

**R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Hinda Osman Dhirane

**Alias(es):**

☐ Juvenile  **FBI No.**

**Address:**

**Employment:**

**Birth Date:** 1969  **SSN:**  **Sex:** Female  **Race:**  **Nationality:**

**Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**

☒ **Interpreter**  **Language/Dialect:** Somali  **Auto Description:**

## Location/Status:

**Arrest Date:**  ☐ Already in Federal Custody as of:  **in:**

☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody

☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested

☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

**Name:**  ☐ Court Appointed  **Counsel Conflicts:**

**Address:**  ☐ Retained

**Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** James P. Gillis  **Phone:** 703-299-3700  **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |

**Date:** 06.23.14  **AUSA Signature:** [signature]  *may be continued on reverse*

# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☒ Under Seal

City: Annandale
County:

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.
Search Warrant Case No.

Judge Assigned: Trenga
Criminal No.: 1:14cr230
New Defendant: X
Arraignment Date:
R. 20/R. 40 From:

## Defendant Information:

Defendant Name: Fardowsa Jama Mohamed
Alias(es): Umu Camaar
☐ Juvenile  FBI No.
Address:
Employment:
Birth Date:  SSN:  Sex: Female  Race:  Nationality:
Place of Birth:  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:
☒ Interpreter  Language/Dialect: Somali  Auto Description:

## Location/Status:

Arrest Date:
☐ Already in Federal Custody as of:  in:
☐ Already in State Custody
☐ On Pretrial Release
☐ Not in Custody
☒ Arrest Warrant Requested
☐ Fugitive
☐ Summons Requested
☐ Arrest Warrant Pending
☐ Detention Sought
☐ Bond

## Defense Counsel Information:

Name:
☐ Court Appointed  Counsel Conflicts:
Address:
☐ Retained
Phone:
☐ Public Defender
☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): James P. Gillis  Phone: 703-299-3700  Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Material Support to Terrorist | 2-21 | Felony |

Date: 06.23.14  AUSA Signature: [signature]  *may be continued on reverse*

# Criminal Case Cover Sheet

FILED: REDACTED

**U.S. District Court**

☒ Under Seal

**Place of Offense:**
City: Annandale
County:

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.
Search Warrant Case No.

Judge Assigned: Trenja
Criminal No. 1:14cr230
New Defendant: X
Arraignment Date:
R. 20/R. 40 From:

## Defendant Information:

Defendant Name: Farhia Hassan    Alias(es): Ummu Ibrahiim    ☐ Juvenile  FBI No.
Address:
Employment:
Birth Date:    SSN:    Sex: Female    Race:    Nationality:
Place of Birth:    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:
☒ Interpreter  Language/Dialect: Somali    Auto Description:

## Location/Status:

Arrest Date:    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

Name:    ☐ Court Appointed    Counsel Conflicts:
Address:    ☐ Retained
Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): James P. Gillis    Phone: 703-299-3700    Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |

Date: 06.23.14    AUSA Signature: [signature]    *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☒ Under Seal

| | | |
|---|---|---|
| City: Annandale | Superseding Indictment: | Judge Assigned: Trayer |
| County: | Same Defendant: | Criminal No. 1:14cr230 |
| | Magistrate Judge Case No. | New Defendant: X |
| | Search Warrant Case No. | Arraignment Date: |
| | | R. 20/R. 40 From: |

## Defendant Information:

**Defendant Name:** Barira Hassan Abdullahi   **Alias(es):** Barida   ☐ Juvenile   **FBI No.**

**Address:**

**Employment:**

**Birth Date:**   **SSN:**   **Sex:** Female   **Race:**   **Nationality:**

**Place of Birth:** Somalia   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**

☒ **Interpreter**   **Language/Dialect:** Somali   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   **in:**

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not In Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:**

**Address:**   ☐ Retained

**Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** James P. Gillis   **Phone:** 703-299-3700   **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |

**Date:** 06.23.14   **AUSA Signature:**   *may be continued on reverse*