

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:14cr230 (AJT) |
| | ) |
| MUNA OSMAN JAMA, *et al.*, | ) |
| | ) |
| Defendants | ) |

## ORDER

The United States, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the indictment, the arrest warrants, the motion to seal, and the proposed order in this matter; and

The Court, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation, having considered the available alternatives that are less drastic than sealing, and finding that none would suffice to protect the government's legitimate interest in concluding the investigation and that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED that the indictment, the arrest warrants, the motion to seal, and this order be sealed until the first arrest of one of the defendants – with the exception that the indictment and arrest warrants are unsealed for the limited purpose of disseminating the indictment and/or arrest warrants to United States, foreign, or intergovernmental authorities, at the discretion of the United States, in connection with efforts to prosecute the defendants or to secure the defendants' arrest, extradition or expulsion, or as otherwise required for purposes of national security.

Dated: June 24, 2014
Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge