# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☒ Under Seal

**Judge Assigned:** Trenga

**Place of Offense:**
- City: Annandale
- County:

**Superseding Indictment:** X
**Same Defendant:** X

**Criminal No.** 1:14cr230
**New Defendant:**

**Magistrate Judge Case No.:**
**Search Warrant Case No.:**

**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Muna Osman Jama
- **Alias(es):** Umu Luqmaan, Taaibah
- ☐ Juvenile  **FBI No.**
- **Address:**
- **Employment:**
- **Birth Date:** 1980  **SSN:**  **Sex:** Female  **Race:**  **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☒ **Interpreter**  **Language/Dialect:** Somali  **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody
- ☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested
- ☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:

- **Name:**  ☐ Court Appointed  **Counsel Conflicts:**
- **Address:**  ☐ Retained
- **Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** James P. Gillis  **Phone:** 703-299-3700  **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |

**Date:** 6/26/2014  **AUSA Signature:** James P. Gillis/by NS

*may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

☒ Under Seal

**U.S. District Court**

**Place of Offense:**
- City: Annandale
- County:

Superseding Indictment: X
Same Defendant: X
Magistrate Judge Case No.:
Search Warrant Case No.:

**Judge Assigned:** Trenga
**Criminal No.** 1:14cr230
**New Defendant:**
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:
- **Defendant Name:** Hinda Osman Dhirane
- **Alias(es):**
- ☐ Juvenile  **FBI No.**
- **Address:**
- **Employment:**
- **Birth Date:** 1969  **SSN:**  **Sex:** Female  **Race:**  **Nationality:**
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☒ **Interpreter  Language/Dialect:** Somali  **Auto Description:**

## Location/Status:
- **Arrest Date:**  ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody
- ☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested
- ☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

## Defense Counsel Information:
- **Name:**  ☐ Court Appointed  **Counsel Conflicts:**
- **Address:**  ☐ Retained
- **Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:
- **AUSA(s):** James P. Gillis  **Phone:** 703-299-3700  **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:
SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |

**Date:** 6/26/2014  **AUSA Signature:** James P. Gillis/by MH

*may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**   ☒ Under Seal   **Judge Assigned:** Vinge

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| City: | Annandale | Superseding Indictment: | X | Criminal No. | 1:14cr230 |
| County: | | Same Defendant: | X | New Defendant: | |
| | | Magistrate Judge Case No. | | Arraignment Date: | |
| | | Search Warrant Case No. | | R. 20/R. 40 From: | |

## Defendant Information:

| Field | Value |
|---|---|
| Defendant Name: | Farhia Hassan |
| Alias(es): | Ummu Ibrahiim |
| ☐ Juvenile FBI No. | |
| Address: | |
| Employment: | |
| Birth Date: | |
| SSN: | |
| Sex: | Female |
| Race: | |
| Nationality: | |
| Place of Birth: | |
| Height: | |
| Weight: | |
| Hair: | |
| Eyes: | |
| Scars/Tattoos: | |

☒ Interpreter   **Language/Dialect:** Somali   **Auto Description:**

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

| Field | Value |
|---|---|
| Name: | |
| Address: | |
| Phone: | |

☐ Court Appointed   Counsel Conflicts:
☐ Retained
☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** James P. Gillis   **Phone:** 703-299-3700   **Bar No.**

## Complainant Agency - Address & Phone No. or Person & Title:

SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |

**Date:** 6/26/2014   **AUSA Signature:** James P. Gillis by MH   *may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Truja

**City:** Annandale **Superseding Indictment:** X **Criminal No.:** 1:14cr230

**County:** **Same Defendant:** X **New Defendant:**

**Magistrate Judge Case No.:** **Arraignment Date:**

**Search Warrant Case No.:** **R. 20/R. 40 From:**

## Defendant Information:

**Defendant Name:** Fardowsa Jama Mohamed **Alias(es):** Umu Camaar ☐ Juvenile **FBI No.:**

**Address:**

**Employment:**

**Birth Date:** **SSN:** **Sex:** Female **Race:** **Nationality:**

**Place of Birth:** **Height:** **Weight:** **Hair:** **Eyes:** **Scars/Tattoos:**

☒ **Interpreter** **Language/Dialect:** Somali **Auto Description:**

## Location/Status:

**Arrest Date:** ☐ Already in Federal Custody as of: in:

☐ Already in State Custody ☐ On Pretrial Release ☐ Not in Custody

☒ Arrest Warrant Requested ☐ Fugitive ☐ Summons Requested

☐ Arrest Warrant Pending ☐ Detention Sought ☐ Bond

## Defense Counsel Information:

**Name:** ☐ Court Appointed **Counsel Conflicts:**

**Address:** ☐ Retained

**Phone:** ☐ Public Defender ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** James P. Gillis **Phone:** 703-299-3700 **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |

**Date:** 6/26/2014 **AUSA Signature:** James P. Gillis by JHK

*may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED      **U.S. District Court**

☒ Under Seal

**Place of Offense:**
- City: Annandale
- County:

**Superseding Indictment:** X
**Same Defendant:** X
**New Defendant:**
**Magistrate Judge Case No.:**
**Search Warrant Case No.:**

**Judge Assigned:** Trenga
**Criminal No.:** 1:14cr230
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:
- **Defendant Name:** Barira Hassan Abdullahi
- **Alias(es):** Barida
- ☐ Juvenile  **FBI No.:**
- **Address:**
- **Employment:**
- **Birth Date:**   **SSN:**   **Sex:** Female   **Race:**   **Nationality:**
- **Place of Birth:** Somalia   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
- ☒ Interpreter **Language/Dialect:** Somali   **Auto Description:**

## Location/Status:
- **Arrest Date:**
- ☐ Already in Federal Custody as of:   in:
- ☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
- ☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
- ☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:
- **Name:**   ☐ Court Appointed   **Counsel Conflicts:**
- **Address:**   ☐ Retained
- **Phone:**   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:
- **AUSA(s):** James P. Gillis   **Phone:** 703-299-3700   **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**
SA Wayne Sharpe, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §2339B | Conspiracy Provide Material Support | 1 | Felony |
| Set 2: | 18 U.S.C. §2339B & 2 | Provide Martial Support to Terrorist | 2-21 | Felony |

**Date:** 6/26/2014   **AUSA Signature:** James P. Gillis/by MH   *may be continued on reverse*