IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14cr230 (AJT) |
| | ) | |
| MUNA OSMAN JAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF INTENT TO USE
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States hereby provides notice to defendants Muna Osman Jama and Hinda Osman Dhirane and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act

of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By:        /s/
James P. Gillis
Virginia Bar No. 65055
Assistant United States Attorney
Justin W. Williams United States Attorney's
    Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3897
(703) 299-3982 (fax)
james.p.gillis@usdoj.gov

       /s/
Danya E. Atiyeh
Virginia Bar No. 81821
Trial Attorney
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-0849
(202) 514-8714 (Fax)
danya.atiyeh@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on July 23, 2014, I filed the foregoing using the ECF system, which will send a copy to defense counsel of record.

/s/
James P. Gillis
Virginia Bar No. 65055
Assistant United States Attorney
Justin W. Williams United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
james.p.gillis@usdoj.gov