**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:14CR230 |
| | ) | |
| MUNA OSMAN JAMA, | ) | The Honorable Anthony J. Trenga |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NON-CONFIDENTIAL MEMORANDUM ACCOMPANYING ITS MOTION FOR A PROTECTIVE ORDER PROVIDING PROSPECTIVELY FOR FILING DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 49(E)**

The Defendant, Muna Jama, by counsel and pursuant to Local Rule 49(E) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, asks for an Order sealing the documents attached to this Motion to Seal.

**I.   Items to be Sealed and Necessity for Sealing**

1. The defendant asks the Court to seal Defendant's Motion for Court Order filed on March 14, 2016.

2. Sealing is necessary in order to ensure that information contained in the attached filing remains confidential. Counsel for the defendant has considered procedures other than sealing and none will suffice to protect this information from disclosure.

**II.   Previous Court Decisions Which Concern Sealing Documents**

3. The Court has the inherent power to seal materials submitted to it. "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Sealing is appropriate where there is a substantial probability that the

release of the sealed document would compromise the defendant's theories of his defenses to the prosecution.  *See e.g.*, *In re Search Warrant for Secretarial Area Outside Office of Gunn*, 855 F.2d 569 (8th Cir. 1988); *Matter of Eye Care Physicians of America*, 100 F.3d 514, 518 (7th Cir. 1996); *Matter of Flower Aviation of Kansas, Inc.*, 789 F. Supp. 366 (D. Kan. 1992).

WHEREFORE, the Defendant respectfully requests that an Order be entered allowing Defendant's Motion for Court Order (filed on March 14, 2016) to be placed Under Seal.  An appropriate Order is attached.

    Respectfully submitted,
    MUNA OSMAN JAMA
    By Counsel,
    Geremy C. Kamens
    Federal Public Defender

By:     /s/
Geremy C. Kamens
Va. Bar #41596
Federal Public Defender
Whitney E.C. Minter
Va. Bar # 47193
Assistant Federal Public Defender
Attorneys for Muna Jama
1650 King Street, Suite 500
Alexandria, Virginia   22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of March, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James Gillis, Esq.
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
james.p.gillis@usdoj.gov

      Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

                                        By: \_\_\_\_\_/s/_____
                                        Whitney E.C. Minter
                                        Va. Bar # 47193
                                        Assistant Federal Public Defender
                                        Attorney for Muna Jama
                                        1650 King Street, Suite 500
                                        Alexandria, Virginia   22314
                                        (703) 600-0855 (telephone)
                                        (703) 600-0880 (facsimile)
                                        Whitney_Minter@fd.org (email)