# Trial by the Court
# Criminal Case

Date: 7/13/2016   Case Number: 14-CR-00230   Start: 9:22 - 10:44
Judge: Trenga   Court Reporter: R. Montgomery   11:07 - 12:32
Lunch: 12:32 - 1:44
1:44 - 3:44
4:06 - 6:00

United States of America   James Gillis, AUSA
Danya Atiyeh, AUSA

v.

MUNA OSMAN JAMA (1)   Whitney Minter, Deft. Atty. (1)
Geremy Kamen, Deft. Atty.(1)
Joshua Siegel, Deft. Atty.(1)
HINDA OSMAN DHIRANE (2)   Alan Yamamoto, Deft. Atty.(2)
Paula Deutsch, Deft. Atty.(2)
MaryAnn Abdi, Somali Interpreter
Hassan Abdi, Somali Interpreter

This case comes on for trial by the Court.   Appearances. Defendant with Counsel and U.S. Attorney. Somali Interpreter present and still under oath.

Government continued to adduce evidence.
Under Seal side bar at 11:22.   Order entered.
Before the govt's last witness is called, def. Counsel requests to address the evidentiary objections she has lodged to avoid objecting throughout the last witnesses testimony.
Parties argue as to the admissibility of the calls and chats that have been conditionally admitted, excepts those that were specifically withheld an objection.
The Court reserves on all the 801(d)(2)(E) hearsay objections until all the evidence is presented.

Case continued to **7/14/2016 @ 9:00 a.m.** for day 4 of the Bench Trial.

Defendants are continued on the same terms and conditions of release