IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with Classified Information Security Officer
CISO M̲P̲u̲t̲z̲
Date 7̲/̲1̲3̲/̲2̲0̲1̲6̲

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No: 1-14-CR-230 (AJT) |
| v. | ) | |
| | ) | *IN CAMERA* |
| MUNA OSMAN JAMA, et al., | ) | AND UNDER SEAL |
| Defendants. | ) | |

**ORDER**