# Trial by the Court
# Criminal Case

Date: 7/14/2016  Case Number: 14-CR-00230  Start: 9:13 - 10:58
Judge: Trenga  Court Reporter: R. Montgomery  11:23 - 12:15
 Lunch: 12:15 - 1:35
 1:35 - 2:27

United States of America  James Gillis, AUSA
 Danya Atiyeh, AUSA
 v.

MUNA OSMAN JAMA (1)  Whitney Minter, Deft. Atty. (1)
 Geremy Kamen, Deft. Atty.(1)
 Joshua Siegel, Deft. Atty.(1)
HINDA OSMAN DHIRANE (2)  Alan Yamamoto, Deft. Atty.(2)
 Paula Deutsch, Deft. Atty.(2)
 MaryAnn Abdi, Somali Interpreter

This case comes on for trial by the Court. Appearances. Defendant with Counsel and U.S. Attorney. Somali Interpreter present and still under oath.

Government continued to adduce evidence and rests.

Def. Counsel enters a Rule 29 Motion for Judgment of Acquittal. The Court reserves on the Motion upon completion of evidence.

Case continued to **7/18/2016 @ 9:00 a.m.** for day 5 of the Bench Trial.

Defendants are continued on the same terms and conditions of release.