In The UNITED STATES District Court
For The Eastern District Of Virginia

Alexandria Division

UNITED STATES OF
AMERICA                    Criminal No. 1:14-cr-230

            X                    Civil No: 1:20-cv-214

MUNA, OSMAN JAMA

REQUEST FOR APPOINTMENT OF Councel

Here Comes Pro se Muna, Osman Jama askens
the Court to Appoint Counsel.
    1. Due to the Prisons current Lock dawn
Muna Jama is unable to litigate Case
Proficency.
    2. Lack of Understanding in English
Language Prohibits Muna Jama in
Understanding Legal Procedures.

    Pro se Prays Court Grants this Motion

_____        RECEIVED        7/20/2020
                        MAILROOM

                        JUL   7  2020

                   CLERK, U.S. DISTRICT COURT
                      ALEXANDRIA, VIRGINIA