IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)   Case No. 1:14-cr-230<br>MUNA OSMAN JAMA,  )<br>)<br>Defendant.  )<br>_____) | |

## ORDER

Pending before the Court is Defendant Muna Osman Jama's ("Defendant") Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) [Doc. No. 498] (the "Motion"). Defendant also requests counsel to assist with filing this Motion.

Upon consideration of the Motion, it is hereby

**ORDERED** that, within twenty-one (21) days of the date of this Order, the Government shall respond to the Motion; and it is further

**ORDERED** that the Defendant's request for an attorney is **DENIED**.

The Clerk is directed to forward copies of this Order to all counsel of record and *pro se* Defendant.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 22, 2022